AO 440 (Rev.10/93) Summons in a Civil Action

# United States District Court

## District of Delaware

E. I. DUPONT DE NEMOURS AND COMPANY,

                         Plaintiff,

        v.

KRONOS, INC. and
KRONOS INTERNATIONAL, INC.,

                         Defendants.

## SUMMONS IN A CIVIL ACTION
### CASE NUMBER: 05-61-KAJ

TO: (Name and Address of Defendant)

**Kronos International, Inc.
c/o Robert D. Graham, Esq.
Vice President, Secretary & General Counsel
NL Industries, Inc.
Three Lincoln Centre
5430 LBJ Freeway
Suite 1700
Dallas, Texas 75240-2697**

 **YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
Richard L. Horwitz, Esq. (#2246)
David E. Moore (#3983)
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899
(302) 984-6000

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

| PETER T. DALLEO | 6|2|05 |
| --- | --- |
| CLERK | DATE |

_____
BY DEPUTY CLERK

AO 440 (Rev.10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE  6/3/05 |
|---|---|
| NAME OF SERVER (PRINT)  *David F. Moor, Esq.* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):  *By Federal Express pursuant to agreement*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___6/3/05___
                    *Date*

Signature of Server ___

Address of Server

684657

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.