IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E. I. DUPONT DE NEMOURS AND COMPANY,        )<br>)<br>)<br>Plaintiff,        )<br>)<br>v.        )<br>)<br>KRONOS, INC. and        )<br>KRONOS INTERNATIONAL, INC.,        )<br>)<br>Defendants.        ) | C. A. No. 05-61(KAJ)<br><br>**JURY TRIAL DEMANDED** |

### NOTICE OF EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND

PLEASE TAKE NOTICE that Plaintiff E.I. du Pont de Nemours and Company, by and through its undersigned counsel, has granted defendants Kronos, Inc. and Kronos International, Inc. an extension until September 22, 2005 to answer or otherwise respond to the Complaint in the above captioned matter so that the parties may continue their good faith settlement efforts to resolve this litigation prior to incurring the expense and time of further litigation.

OF COUNSEL:

Bruce D. DeRenzi
John T. Gallagher
MORGAN & FINNEGAN, L.L.P.
3 World Financial Center
New York, New York 10281-2101
(212) 415-8700

Dated: August 12, 2005

POTTER ANDERSON & CORROON LLP

By: _____
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P.O. Box 951
    Wilmington, DE 19899-0951
    (302) 984-6000

*Attorneys for Plaintiff*
*E.I. du Pont de Nemours and Company*

694653