IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E. I. DUPONT DE NEMOURS AND COMPANY, )<br><br>Plaintiff, )<br><br>v. )<br><br>KRONOS, INC. and<br>KRONOS INTERNATIONAL, INC., )<br><br>Defendants. ) | C. A. No. 05-61(KAJ)<br><br>**JURY TRIAL DEMANDED** |

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective undersigned counsel, and subject to the approval of this Court that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, this action is hereby dismissed with prejudice. Each party shall bear its own attorney's fees and costs.

POTTER ANDERSON & CORROON LLP

By: _____
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000

Dated: October 24, 2005

*Attorneys for Plaintiff*
*E.I. du Pont de Nemours and Company*

LOCKE LIDDELL & SAPP LLP

By: _____
Raymond E. LaDriere, II
Charles E. Phipps
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201-6776
(214) 740-8000

Dated: October 24, 2005

*Attorneys for Defendants*
*Kronos, Inc. and Kronos International, Inc.*

SO ORDERED this _____ day of _____, 2005.

_____
United States District Judge

DALLAS: 50221.00003: 1444084v1